UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SHARLENOR JOHNSON-COLEMAN
and ALVIN COLMAN,

    Plaintiffs,

                                CASE NO. 3:10-cv-464-J-32TEM

JACKSONVILLE HOUSING AUTHORITY,

    Defendant.
_____

## O R D E R

This matter is before the Court on Plaintiffs' amended affidavits of indigency (Docs. #7 and #8), which the Court construes as a motions to proceed *in forma pauperis*.[1] For the following reasons, the Court finds Plaintiffs' motions are due to granted.

Pursuant to 28 U.S.C. § 1915(a)(1), the Court may, upon a finding of indigency, authorize the commencement of an action without requiring the prepayment of costs, fees, or security. The Court's decision to grant *in forma pauperis* status is discretionary and should be granted only to those who are truly indigent. *See Pace v. Evans*, 709 F.2d 1428, 1429 (11th Cir. 1983).

Plaintiffs have now provided the Court with amended affidavits that show they meet the financial criteria which would entitle them to be eligible to proceed *in forma pauperis*. Therefore, Plaintiffs' amended affidavits of indigency (Docs. #7 and #8), which the Court construes as motions for leave to proceed *in forma pauperis,* are hereby **GRANTED**.

---

[1] Plaintiffs' original affidavits of indigency (Docs. #2 and #3) were denied without prejudice to refile amended affidavits because the information provided by Plaintiffs was incomplete (*see* Doc. #6, Order).

**DONE AND ORDERED** at Jacksonville, Florida this 18th day of August, 2010.

Copies to all counsel of record

*Thomas E. Morris*
**THOMAS E. MORRIS**
United States Magistrate Judge